UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CLARENCE DEMETRIUS TATE, ) | No. ED CV 10-01561-AHM (VBK) |
| ) | |
| Plaintiff, ) | ORDER (1) ACCEPTING AND ADOPTING |
| ) | THE REPORT AND RECOMMENDATION OF |
| v. ) | THE UNITED STATES MAGISTRATE |
| ) | JUDGE, AND (2) DISMISSING THE |
| SUE SOMMERSET, et al., ) | FIRST AMENDED COMPLAINT |
| ) | |
| Defendants. ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a _de novo_ determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the First Amended Complaint, and the action, without prejudice.

DATED: March 22, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE