# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| CLARENCE DEMETRIUS TATE, | ) | No. ED CV 10-01561-AHM (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| SUE SOMMERSET, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the First Amended Complaint and entire action without prejudice.

DATED: March 22, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**